UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANN ABRAM | CIVIL ACTION |
| VERSUS | NO. 07-9057 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "I" (2) |

### ORDER

The court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date no party has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, **IT IS ORDERED** that defendant's motion to reverse and remand is GRANTED.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security Administration is REVERSED and this matter is REMANDED to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

New Orleans, Louisiana, this __30th__ day of ____June____, 2008.

_____
UNITED STATES DISTRICT JUDGE